### Chicago, B. & Q. R. R. Co. v. Richard Camper, Adm'r, etc.

100    21
r199s 569

1. AFFIRMANCE—*By Operation of Law.*—Where one of the judges of the Appellate Court is disqualified to sit in an appealed case by reason of his having presided at the trial of the cause in the court below, and the remaining justices are divided in opinion as to whether the judgment of

the trial court should be affirmed or reversed, such judgment will stand affirmed by operation of law.

**Trespass on the Case.**—Death from negligent act. Appeal from the Circuit Court of Kane County; the Hon. GEORGE W. BROWN, Judge, presiding. Heard in this court at the October term, 1901. Affirmed -by operation of law. Opinion filed January 24, 1902.

MR. ALBERT J. HOPKINS, MR. FRED A. DOLPH and MR. ROBERT BRUCE SCOTT, attorneys for appellant; MR. CHESTER M. DAWES, of counsel.

MURPHY, ALSCHULER & NEWHALL, attorneys for appellee; SAMUEL ALSCHULER, of counsel.

OPINION PER CURIAM.

Mr. Justice Brown tried this cause in the court below and has therefore taken no part in its consideration here. Upon a careful consideration of the cause by the remaining justices they are divided in opinion whether said judgment should be affirmed or reversed. The judgment of the court below is therefore affirmed by operation of law.